SOLVAY IRON WORKS, INC., Respondent, v WESTCHESTER FIRE INSURANCE COMPANY, Appellant. [852 NYS2d 923]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.